```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

CHARLES J. TALOS,

       Plaintiff,

v.

                                               Civil No. 11-13207

COMMISSIONER OF SOCIAL SECURITY,     Hon. Avern Cohn

       Defendant.

_____/

## JUDGMENT OF DISMISSAL

       The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

       Now, therefore, IT IS ADJUDGED that defendant's motion for summary judgment is GRANTED, the plaintiff's motion summary judgment is DENIED and the case is DISMISSED.

                                                         DAVID WEAVER

Dated: April 20, 2012                 By: s/ Julie Owens
                                                 Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 20, 2012, by electronic and/or ordinary mail.

                                                       s/Julie Owens
                                                   Case Manager, (313) 234-5160